**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**WARREN SMITH,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**Case No. 3:12cv172/RV/CJK**

**R. TIFFT, et al.,**

    **Defendants.**

_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 15, 2013 (doc. 81), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. Defendants Martelliano, Wallace, Hall, Shaner, Gielow, Kolodziej and Barnes' Motion to Sever and Motion to Dismiss (doc. 66) is GRANTED to the extent the motion seeks dismissal of plaintiff's amended motion for a temporary restraining order and preliminary injunction.

2. Plaintiff's amended motion for a temporary restraining order and preliminary

injunction (doc. 43) is DENIED.

3. This matter is remanded to the Magistrate Judge for a report and recommendation on the remaining portions of defendants Martelliano, Wallace, Hall, Shaner, Gielow, Kolodziej and Barnes' Motion to Sever and Motion to Dismiss (doc. 66), and defendants McMackin, Pugh and Tifft's Motion to Sever and Motion to Dismiss (doc. 78).

DONE AND ORDERED this 16th day of September, 2013.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**