# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WARREN SMITH,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　**Case No. 3:12cv172/RV/CJK**

**R. TIFFT, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 30, 2013 (doc. 85). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 85) is adopted and incorporated by reference in this order.

2. Defendants' motions to sever and motions to dismiss (docs. 66, 78) are GRANTED IN PART AND DENIED IN PART as follows:

    a. Defendants' motions to sever (docs. 66, 78) are DENIED.

    b. Defendants' motions to dismiss plaintiff's official capacity claims (doc. 66, 78) are GRANTED and plaintiff's official capacity claims for damages are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(iii) as barred by sovereign immunity.

    c. Defendant Martelliano's motion to dismiss the individual capacity claims against him (doc. 66) is GRANTED and plaintiff's individual capacity claims against Martelliano are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief can be granted.

    d. Defendant Kolodziej's motion to dismiss the individual capacity claims against him (doc. 66) is DENIED.

    e. Defendant Tifft's motion to dismiss the individual capacity claims against him (doc. 78) is GRANTED and plaintiff's individual capacity claims against Tifft are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief can be granted.

3. This case is remanded to the magistrate judge for further proceedings on plaintiff's individual capacity claims for damages against defendants Kolodziej, Gielow, Shaner, McMacklin, Hall, Wallace, Pugh and Barnes, for their alleged violation of plaintiff's First and Eighth Amendment rights.

DONE AND ORDERED this 31st day of October, 2013.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**