```
                        FLORIDA DEPARTMENT OF CORRECTIONS        09/01/11
   ISSO15B (14)                DISCIPLINARY REPORT              PAGE    1
                             HEARING INFORMATION
                             LOG # 119-111932
------------------------------------------------------------------------
   DC#: T20346   INMATE NAME: SMITH, WARREN            F1221L INFRACTION
   VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT   DATE: 08/11/11
   FACILITY CODE:  119     NAME: SANTA ROSA C.I.       TIME: 11:37
------------------------------------------------------------------------
        TEAM    FINDINGS AND ACTION   DATE: 09/01/11, AT: 08:40
           INMATE OFFERED STAFF ASSISTANCE: DECLINED
           INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
           INMATE PRESENT: YES
        POSTPONEMENT:
        BASIS FOR DECISION:
           BASED IN PART OF THE STATEMENT OF FACTS AND THE
           INVESTIGATION PROVIDED, INMATE SMITH WAS DISORDERLY. OFFICER
           JACOBUS STATED "AT APPROXIMATELY 11:37AM, I APPROACHED CELL
           B1115 AND OBSERVED INMATE SMITH, WARREN DC#T20346 ATTEMPTING
           TO FLOOD HIS CELL BY SHOVING HIS STATE ISSUED BED SHEET INTO
           HIS TOILET. I GAVE INMATE SMITH SEVERAL ORDERS TO STOP HIS
           DISRUPTIVE BEHAVIOR AND SUBMIT TO HAND RESTRAINTS AT WHICH
           TIME INMATE SMITH COMPLIED WITH ALL VERBAL ORDERS AND EXITED
           THE CELL. ALL WITNESS STATEMENTS WERE READ AND CONSIDERED,
           INMATE CALLED THE CAMERA AS EVIDENCE. HOWEVER, "BASED UPON
           REVIEW OF THE IDENTIFIED TAPE OR THE CAPABILITIES OF THE
           PARTICULAR TAPING EQUIPMENT, THE TAPE REQUESTED DOES NOT
           PROVIDE EVIDENCE TO SUPPORT THE INMATE'S STATEMENT". HE WAS
           LATER PROVIDED WITH A COPY OF THE TEAM FINDING AND WAS
           ADVISED THAT HE HAS FIFTEEN DAYS TO APPEAL THE DECISION OF
           THE TEAM. THIS DR IS A RE-WRITE OF 119-111833 THAT WAS
           DISMISSED DUE TO A TECHNICAL ERROR.

   ACTIONS TAKEN:
     DISCIPLINARY CONFINEMENT:  30; PROBATION DAYS SET:   0 CONSECUTIVE

     RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:   FSL15 - FENNIMORE,S.L.
   TEAM MEMBERS:    GPJ00 - GERMAIN,P.J.
------------------------------------------------------------------------
------------------------------------------------------------------------
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS        08/23/11
   ISSO158 (14)          DISCIPLINARY REPORT                  PAGE   1
                         HEARING INFORMATION
                        LOG # 119-111829
-----------------------------------------------------------------------
DC#: T20346   INMATE NAME: SMITH, WARREN          F1221L INFRACTION
VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT       DATE: 08/12/11
FACILITY CODE:  119   NAME:  SANTA ROSA C.I.            TIME: 12:25
-----------------------------------------------------------------------
            TEAM    FINDINGS AND ACTION   DATE: 08/23/11, AT: 08:00
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: GUILTY        FINDINGS: GUILTY
         INMATE PRESENT: YES
    POSTPONEMENT:
    BASIS FOR DECISION:
         BASED UPON INMATE'S GUILTY PLEA.
    HEARING DELAY COMMENTS:
         DELAY DUE TO INMATE ON PROPERTY RESTRICTION.


  ACTIONS TAKEN:
    DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE

    RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:    FSL15 - FENNIMORE,S.L.
    TEAM MEMBERS:    BGR07 - BYRD,G.R.
-----------------------------------------------------------------------
-----------------------------------------------------------------------
```

Exh. J  002

ISSOL50 (01)

FLORIDA DEPARTMENT OF CORRECTIONS
CHARGING DISCIPLINARY REPORT
LOG # 119-111829

08/15/2011

PAGE: 1

DC#: T20346    INMATE NAME: SMITH, WARREN                    INFRACTION
VIOLATION CODE: 0917   TITLE: DISORDERLY CONDUCT            DATE: 08/12/11
FACILITY CODE: 119   NAME: SANTA ROSA C.I.                  TIME: 12:25

I.   STATEMENT OF FACTS
     INMATE SMITH, WARREN DC#T20346 IS BEING CHARGED WITH A
     VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED
     CONDUCT, 9-17 DISORDERLY CONDUCT. ON AUGUST 12, 2011, I WAS
     ASSIGNED AS THE SECOND SHIFT SUPERVISOR AT SANTA ROSA C.I. AT
     APPROXIMATELY 12:25PM, I WAS MAKING ROUNDS IN WING ONE OF B
     DORMITORY AND I OBSERVED INMATE SMITH, WARREN DC#T20346, WHO
     IS HOUSED ALONE IN B1150, YELLING ON THE CELL DOOR INTO
     THE WING. I COUNSELED WITH INMATE SMITH ORDERING HIM TO
     CEASE. INMATE SMITH CONTINUED TO YELL INTO THE WING.
     APPROXIMATELY TWO MINUTES LATER, INMATE SMITH COMPLIED WITH
     ORDERS AND CEASED HIS DISRUPTIVE BEHAVIOR. INMATE SMITH WILL
     REMAIN IN HIS CURRENT STATUS PENDING DISCIPLINARY TEAM
     ACTION.

REPORT WRITTEN: 08/12/11, AT 13:00       BY: GWL60 - GHLOW,W.L.

II.  INMATE NOTIFICATION OF CHARGES; DATE DELIVERED: 1/19/11, AT 13:10

        NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
     EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
     NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
     33-601, FLORIDA ADMINISTRATIVE CODE.

        DELIVERED BY :  _____

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF THE WITNESS SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.

```
                          FLORIDA DEPARTMENT OF CORRECTIONS        08/23/11
ISS0158 (14)                   DISCIPLINARY REPORT                PAGE   1
                               HEARING INFORMATION
                               LOG # 119-111843
----------------------------------------------------------------------------
DC#: T20346   INMATE NAME: SMITH, WARREN          F1221L INFRACTION
VIOLATION CODE:  0014   TITLE: DISRESP.TO OFFICIALS    DATE: 08/14/11
FACILITY CODE:  119    NAME:  SANTA ROSA C.I.          TIME: 13:50
----------------------------------------------------------------------------
            TEAM    FINDINGS AND ACTION   DATE: 08/23/11, AT: 08:10
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: GUILTY        FINDINGS: GUILTY
        INMATE PRESENT: YES
    POSTPONEMENT:
    BASIS FOR DECISION:
        BASED UPON INMATE`S GUILTY PLEA.

  ACTIONS TAKEN:
    DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONCURRENT

    RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:   FSL15 - FENNIMORE,S.L.
    TEAM MEMBERS:    BGR07 - BYRD,G.R.
----------------------------------------------------------------------------
----------------------------------------------------------------------------
```

Exh. J  004

ISS0150 (01)                    FLORIDA DEPARTMENT OF CORRECTIONS                    08/16/2011
                                CHARGING DISCIPLINARY REPORT
                                     LOG # 119-111843

DC#: T20346    INMATE NAME: SMITH, WARREN                              INFRACTION
VIOLATION CODE: 0014    TITLE: DISRESP. TO OFFICIALS                   DATE: 08/14/11
FACILITY CODE: 119      NBMS: SANTA ROSA C.I.                          TIME: 13:50

I.  STATEMENT OF FACTS
    INMATE SMITH, WARREN DC#T20346 IS BEING CHARGED WITH A
    VIOLATION OF FAC CHAPTER 33-601.314 RULES OF PROHIBITED
    CONDUCT 1-4 DISRESPECT TO OFFICIALS, EMPLOYEES, OR OTHER
    PERSONS OF CONSTITUTED AUTHORITY EXPRESSED BY MEANS OF
    WORDS, GESTURES, AND THE LIKE. ON AUGUST 14, 2011, I WAS
    ASSIGNED TO B-DORMITORY AT SANTA ROSA CORRECTIONAL
    INSTITUTION AS A CLOSE MANAGEMENT HOUSING OFFICER. AT
    APPROXIMATELY 1:50PM, I APPROACHED CELL B115, WHERE INMATE
    SMITH, WARREN DC#T20346 IS HOUSED ALONE IN THE UPPER BUNK ON
    DISCIPLINARY CONFINEMENT STATUS. I ATTEMPTED TO RETURN
    INMATE SMITH'S PROPERTY TO HIM, IN AN EFFORT TO REMOVE HIM
    FROM PROPERTY RESTRICTION. INMATE SMITH REFUSED TO SUBMIT TO
    HAND RESTRAINTS STATING "I AIN'T TAKING NOTHING FROM A FUCK
    ASS CRACKER! I'M GONNA GET YALL FIRED FOR KEEPING ME ON
    STRIP!" INMATE SMITH THEN BEGAN TO LODGE, AND REFUSED.
    ALL ORDERS TO SUBMIT TO HAND RESTRAINTS AND ACCEPT HIS
    PROPERTY BY CONTINUING TO STATE "I AIN'T TAKING NOTHING FROM
    A FUCK ASS CRACKER!" THE SHIFT SUPERVISOR WAS NOTIFIED AND
    AUTHORIZED THIS REPORT. INMATE SMITH WILL REMAIN IN HIS
    CURRENT STATUS PENDING DISCIPLINARY TERM ACTION.

REPORT WRITTEN: 08/14/11, AT 14:30        BY: N3008 - NOWLING, J.

II. INMATE NOTIFICATION OF CHARGES; DATE DELIVERED: 8/15/11 AT 16:25

    NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
    EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
    NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
    33-601, FLORIDA ADMINISTRATIVE CODE.

                 DELIVERED BY : _____

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(S) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL

PAGE: 1

```
                     FLORIDA DEPARTMENT OF CORRECTIONS           08/23/11
ISSO158 (14)              DISCIPLINARY REPORT                    PAGE   1
                          HEARING INFORMATION
                          LOG # 119-111844
------------------------------------------------------------------------
DC#: T20346   INMATE NAME: SMITH, WARREN              F1221L INFRACTION
VIOLATION CODE:  0061   TITLE: DISOBEYING ORDER               DATE: 08/15/11
FACILITY CODE:  119   NAME:  SANTA ROSA C.I.                  TIME: 10:50
------------------------------------------------------------------------
          TEAM    FINDINGS AND ACTION   DATE: 08/23/11, AT: 08:15
          INMATE OFFERED STAFF ASSISTANCE: DECLINED
          INMATE PLEA: GUILTY       FINDINGS: GUILTY
          INMATE PRESENT: YES
     POSTPONEMENT:
     BASIS FOR DECISION:
          BASED UPON INMATE'S GUILTY PLEA.

ACTIONS TAKEN:
   DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONCURRENT

   RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:   FSL15 - FENNIMORE,S.L.
   TEAM MEMBERS:    BGR07 - BYRD,G.R.
------------------------------------------------------------------------
------------------------------------------------------------------------
```

ISS0150 (01)                    FLORIDA DEPARTMENT OF CORRECTIONS                    08/16/2011          PAGE:    1
                                CHARGING DISCIPLINARY REPORT
                                     LOG # 119-111844

DC#: T20346        INMATE NAME: SMITH, WARREN                                INFRACTION
VIOLATION CODE: 0061    TITLE: DISOBEYING ORDER                             DATE: 08/15/11
FACILITY CODE:  119     NAME:  SANTA ROSA C.I.                              TIME: 10:56

I.   STATEMENT OF FACTS
     INMATE SMITH, WARREN DC#T20346 IS BEING CHARGED WITH A
     VIOLATION OF FAC CHAPTER 33-601.314 RULES OF PROHIBITED
     CONDUCT -1 (9) DISOBEYING A VERBAL OR WRITTEN ORDER- AN ORDER
     GIVEN TO AN INMATE OR INMATES BY A STAFF MEMBER OR OTHER
     AUTHORIZED PERSON. ON AUGUST 15, 2011, I WAS ASSIGNED TO
     B-DORMITORY AT SANTA ROSA CORRECTIONAL INSTITUTION AS A
     CLOSE MANAGEMENT HOUSING SERGEANT. AT APPROXIMATELY 10:50AM,
     I APPROACHED SHOWER CELL B1125, WHERE INMATE SMITH, WARREN
     DC#T20346 WHO IS HOUSED ALONE INB1115U, WAS AWAITING AN
     ESCORT TO F-DORMITORY. UPON APPROACHING THE SHOWER I ORDERED
     INMATE SMITH TO ALLOW THE REMOVAL OF THE WAIST CHAIN AND
     HAND RESTRAINTS, SO HE COULD BE RESTRAINED BEHIND THE BACK.
     INMATE SMITH REFUSED VERBAL ORDERS. I COUNSELED WITH INMATE
     SMITH, AND HE CONTINUED TO REFUSE VERBAL ORDERS. AT
     APPROXIMATELY 11:16AM, INMATE SMITH COMPLIED WITH ORDERS AND
     RELINQUISHED THE WAIST CHAINS AND HANDCUFFS. THE SHIFT
     SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS REPORT. INMATE
     SMITH WILL REMAIN IN HIS CURRENT STATUS PENDING DISCIPLINARY
     TERM ACTION.

REPORT WRITTEN: 08/15/11, AT 13:30          BY: LVG00 - DAVIS, J.G

-------------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED:  8/15/11  AT  10.05

     NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
     EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
     NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
     33-601, FLORIDA ADMINISTRATIVE CODE.

          DELIVERED BY : _____

-------------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

-------------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL

Exh. J 007

```
                        FLORIDA DEPARTMENT OF CORRECTIONS          10/11/11
ISS0158 (14)                DISCIPLINARY REPORT                    PAGE  1
                            HEARING INFORMATION
                            LOG # 119-112229
---------------------------------------------------------------------------
DC#: T20346   INMATE NAME: SMITH, WARREN              F1212L INFRACTION
VIOLATION CODE:  0023   TITLE: PART.IN DISTURBANCE    DATE: 08/16/11
FACILITY CODE:  119     NAME: SANTA ROSA C.I.         TIME: 11:23
---------------------------------------------------------------------------
        TEAM    FINDINGS AND ACTION   DATE: 10/11/11, AT: 13:43
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
        INMATE PRESENT: YES
    POSTPONEMENT:
    BASIS FOR DECISION:
        BASED IN PART BY LIEUTENANT GIBLOW WRITTEN STATEMENT AND
        CONFIRMED BY THE INVESTIGATION, ON 08/16/11, AT
        APPROXIMATELY 11:23 A.M., INMATE SMITH, WARREN DC# T20346
        DID PARTICIPATE IN A MINOR DISTURBANCE BY BEING OBSERVED BY
        LIEUTENANT GIBLOW YELLING OBSCENITIES AT STAFF AND KICKING
        ON THE CELL DOOR.  INMATE SMITH CALLED THE HANDHELD CAMERA
        AS EVIDENCE AND "BASED UPON THE REVIEW OF THE IDENTIFIED
        TAPE OR THE CAPABILITIES OF THE PARTICULAR TAPING EQUIPMENT,
        THE TAPE REQUESTED DOES NOT PROVIDE EVIDENCE TO SUPPORT THE
        INMATE'S STATEMENT."  ALL WITNESS STATEMENTS WERE READ AND
        CONSIDERED BY THE TEAM.  INMATE SMITH WILL RECEIVE A COPY OF
        THE TEAM FINDINGS AND HE WAS ADVISED HE HAS FIFTEEN DAYS TO
        APPEAL THE DECISION MADE BY THE TEAM.  THIS DISCIPLINARY
        REPORT WAS REWRITTEN, FROM PRIOR DISCIPLINARY LOG #
        119-111860, DUE TO TECHNICAL ERROR.


    ACTIONS TAKEN:
     DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE

     RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

     TEAM CHAIRMAN:   DML06 - DEIDRICK, M.L.
     TEAM MEMBERS:    JFL02 - JOHNSON, F.L.
---------------------------------------------------------------------------
---------------------------------------------------------------------------
```