```
                        FLORIDA DEPARTMENT OF CORRECTIONS            02/16/12
IS801SS (14)                 DISCIPLINARY REPORT                     PAGE  1
                             HEARING INFORMATION
                             LOG # 119-120357
-----------------------------------------------------------------------------
DC#: T20346   INMATE NAME: SMITH, WARREN              G1215U INFRACTION
VIOLATION CODE: 0013   TITLE: SPOKEN THREATS          DATE: 02/08/12
FACILITY CODE: 119     NAME: SANTA ROSA C.I.          TIME: 15:15
-----------------------------------------------------------------------------
          TEAM   FINDINGS AND ACTION   DATE: 02/16/12, AT: 08:39
     INMATE OFFERED STAFF ASSISTANCE: DECLINED
     INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
     INMATE PRESENT: YES
  POSTPONEMENT:
  BASIS FOR DECISION:
     BASED IN PART BY SERGEANT DUFRENE'S WRITTEN STATEMENT AND
     CONFIRMED BY THE INVESTIGATION, ON 02/08/12, AT
     APPROXIMATELY 3:15 P.M., INMATE SMITH, WARREN DC# T20346 DID
     MAKE SPOKEN THREATS BY STATING TO SERGEANT DUFRENE, "MY
     PEOPLE'S MONEY GOT ME THAT RADIO AND I WILL HAVE MY PEOPLE
     GET YOUR JOB FOR TAKING IT. I KNOW HOW TO WRITE A CRACKER
     UP AND I WILL CONTINUE TO WRITE EVERYBODY UP UNTIL EITHER I
     AM MOVED OUT OF THIS DORM OR I GET EVERYBODY WHO WORKS IN
     HERE ON THIS SHIFTS JOB. ONE WAY OR ANOTHER." INMATE SMITH
     REFUSED TO PARTICIPATE IN THE ENTIRE INVESTIGATIVE PROCESS.
     INMATE SMITH REFUSED TO GIVE A STATEMENT TO THE
     INVESTIGATING OFFICER AND HE REFUSED TO SIGN THE WITNESS
     STATEMENT FORM. INMATE SMITH REFUSED TO CALL ANY ADDITIONAL
     WITNESSES OR EVIDENCE ON HIS BEHALF AND HE REFUSED TO SIGN
     THE WITNESS DISPOSITION AND DOCUMENTARY OR PHYSICAL EVIDENCE
     DISPOSITION FORMS. ALL WITNESS STATEMENTS WERE READ AND
     CONSIDERED BY THE TEAM. INMATE SMITH WILL RECEIVE A COPY OF
     THE TEAM FINDINGS AND HE WAS ADVISED HE HAS FIFTEEN DAYS TO
     APPEAL THE DECISION MADE BY THE TEAM.

ACTIONS TAKEN:
  DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:  0 CONSECUTIVE

  RESTITUTION:         $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:   DML06 - DEIDRICK, M.L.
  TEAM MEMBERS:    SWC06 - SHANER, W.C.
```

Exh. K  001

```
                              FLORIDA DEPARTMENT OF CORRECTIONS            03/06/12
         ISS0158 (14)              DISCIPLINARY REPORT                     PAGE   1
                                   HEARING INFORMATION
                                   LOG # 119-120481
         ---------------------------------------------------------------------------
         DC#: T20346   INMATE NAME: SMITH, WARREN           D1117L INFRACTION
         VIOLATION CODE:  0910   TITLE: LYING TO STAFF      DATE: 02/22/12
         FACILITY CODE:  119    NAME:  SANTA ROSA C.I.      TIME: 11:00
         ---------------------------------------------------------------------------
              TEAM   FINDINGS AND ACTION   DATE: 03/06/12, AT: 07:45
              INMATE OFFERED STAFF ASSISTANCE: DECLINED
              INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
              INMATE PRESENT: YES
            POSTPONEMENT:
            BASIS FOR DECISION:
                BASED IN PART ON THE WRITTEN STATEMENT OF SR. CLASSIFICATION
                OFFICER M. DEDRICK AND CONFIMRED IN THE INVESTIGATION THAT
                ON 02/22/12 AT APPROX. 11:00 A.M.., I/M SMITH, WARREN DC#
                T20346 LYIED TO STAFF WHEN HE WROTE IN AN FORMAL GRIEVANCE
                THAT MRS. DEIDRICK STATED, "YOU DON'T GET IT YET. THE OTHER
                TWO DRS, I WAS FORCED TO DISMISS, BECAUSE THE OFFICERS
                FUCKED UP AND FORGOT ABOUT THE CAMERA." AND "IF YOU THINK WE
                WERE GOING TO LET YOUR BLACK ASS WIGGLE OUT OF OUR CHANCE TO
                SEND YOU BACK TO CM 1, YOU'RE SADLY MISTAKEN. ONCE WE'RE
                FINISH WITH YOU OVER HERE, WHILE YOU'RE ON CM 1, WE'RE GOING
                TO SEND YOU TO B-DORM SO THAT GEILOW CAN FINISH YOU OFF!"
                MS. DEIDRICK STATED SHE NEVER MADE ANY OF THESE VULGAR AND
                RACIST STATEMENTS. I/M SMITH REQUESTED THE RECORDING OF DR
                HEARING, THIS WAS NOT CONSIDERED AS DISCIPLINARY HEARINGS
                ARE NOT AUDIO RECORDED.  ALL WITNESS STATEMENTS AND EVIDENCE
                WAS READ AND CONSIDERED BY THE DISCIPLINARY HEARING TEAM. A
                COPY OF THE FINDINGS WAS PROVIDED TO I/M SMITH LATER IN THE
                DAY AND HE WAS ADVISED THAT HE HAS FIFTEEN DAYS TO APPEAL
                THE TEAMS DECISION.
            HEARING DELAY COMMENTS:
                DISCIPLINARY HEARING DELAYED DUE TO I/M SMITH BEING ON
                PROPERTY RESTRICTION AND BEING IN THE INFIRMARY.

         ACTIONS TAKEN:
           DISCIPLINARY CONFINEMENT:   60;  PROBATION DAYS SET:   0 CONSECUTIVE

         RESTITUTION:       $.00;  INDIV.REVIEW/COUNSEL?: N;  CONFISCATE CONTRABAND?: N

         TEAM CHAIRMAN:    RTM16 - REYES,T.M.
         TEAM MEMBERS:     GJE19 - GUY, J.
         ---------------------------------------------------------------------------
```

Exh. K  002