UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN SMITH,

    Plaintiff,

v.                                  Case No.: 3:12-cv-00172-RV-CJK

R. TIFFT, et al.,

    Defendants.
_____/

## DECLARATION OF JAMES BARNES

I, **James Barnes**, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration Under Penalty of Perjury, and declare the statements made are true, and state:

1. G-Dormitory at Santa Rosa C.I. has heaters in it and did so in February of 2012. The thermostat for these heaters is set at 70 degrees. I do not have access to the thermostat. To my knowledge, only maintenance personnel have access to the thermostat. It is my experience that the heaters in G-Dormitory keep the cells very warm in the winter.

2. According to the incident report (#12-0344-119) I wrote on February 4, 2012, I did not recommend Mr. Smith for property restriction. Lt. Freddy Johnson made the recommendation for property restriction regarding inmate Warren Smith. Maj. Kolodziej and Warden Tifft agreed to the status and approved it. I do not have the authority to place an inmate on property restriction.

**I understand that a false statement in this Declaration will subject me to penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct.**

_____
JAMES BARNES

Executed on this  10th  day of February, 2014.