14:11:09 Monday, February 10, 2014

```
 P/N  0 T20346    D            YT                3 OATTACF    PAGE: 02 +
                      INMATE DISCIPLINARY ACTIONS AS OF 02/10/14      TIME: 14:11
 NAME: SMITH, WARREN                       DOC NO: T20346    STATUS: ACTIVE
```

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

```
                  --- CURRENT INCARCERATION ---
    DATE     DAYS            VIOLATION                LOCATION
 --------    ----  ----------------------------   --------------------
 10/12/07      0   DISOBEYING ORDER               TAYLOR ANNEX
 10/18/07      0   DISORDERLY CONDUCT             TAYLOR ANNEX
 02/26/08      0   DISRESP.TO OFFICIALS           TAYLOR ANNEX
 02/27/08      0   DISOBEYING ORDER               TAYLOR ANNEX
 02/28/08      0   SPOKEN THREATS                 TAYLOR ANNEX
 02/28/08      0   DISRESP.TO OFFICIALS           TAYLOR ANNEX
 03/01/08      0   DISRESP.TO OFFICIALS           TAYLOR ANNEX
 03/02/08      0   DISOBEYING ORDER               TAYLOR ANNEX
 03/04/08      0   SPOKEN THREATS                 TAYLOR ANNEX
 03/05/08      0   DEST. OF ST. PROP.             TAYLOR ANNEX
 03/16/08      0   DISORDERLY CONDUCT             TAYLOR ANNEX
 03/16/08      0   DISOBEYING ORDER               TAYLOR ANNEX
 03/24/08      0   DISOBEYING ORDER               TAYLOR ANNEX
 03/24/08      0   DISORDERLY CONDUCT             TAYLOR ANNEX
```

14:11:14 Monday, February 10, 2014

```
P/N  0 T20346   D           YT              3 OATTACF   PAGE: 03
                INMATE DISCIPLINARY ACTIONS AS OF 02/10/14    TIME: 14:11
NAME: SMITH, WARREN              DOC NO: T20346   STATUS: ACTIVE
```

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

--- CURRENT INCARCERATION ---

| DATE | DAYS | VIOLATION | LOCATION |
|------|------|-----------|----------|
| 03/24/08 | 0 | DISOBEYING ORDER | TAYLOR ANNEX |
| 06/16/08 | 0 | DISOBEYING ORDER | SANTA ROSA C.I. |
| 03/22/09 | 0 | FIGHTING | SANTA ROSA C.I. |
| 02/07/10 | 30 | POSS OF CONTRABAND | SANTA ROSA C.I. |
| 08/14/10 | 0 | FIGHTING | CHARLOTTE C.I. |
| 03/06/11 | 0 | PART.IN DISTURBANCE | CHARLOTTE C.I. |
| 07/20/11 | 0 | DISORDERLY CONDUCT | SANTA ROSA C.I. |
| 08/11/11 | 0 | DISORDERLY CONDUCT | SANTA ROSA C.I. |
| 08/12/11 | 0 | DISORDERLY CONDUCT | SANTA ROSA C.I. |
| 08/14/11 | 0 | DISRESP.TO OFFICIALS | SANTA ROSA C.I. |
| 08/15/11 | 0 | DISOBEYING ORDER | SANTA ROSA C.I. |
| 08/16/11 | 0 | PART.IN DISTURBANCE | SANTA ROSA C.I. |
| 02/08/12 | 0 | SPOKEN THREATS | SANTA ROSA C.I. |
| 02/22/12 | 0 | LYING TO STAFF | SANTA ROSA C.I. |

Exh. N  002